UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA BUDNICK,
      Plaintiff,

  -v-

SCOTT & ASSOCIATES, P.C. *et al.*,
      Defendants.

23-CV-00187 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  This case was removed from the Civil Court of the City of New York, County of New York, on January 9, 2023.  Counsel for the plaintiff is directed to file an appearance with this Court no later than January 31, 2023.

  Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by January 18, 2023.

  SO ORDERED.

Dated: January 11, 2023
   New York, New York

_____
J. PAUL OETKEN
United States District Judge